IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**United States of America,**

      **Plaintiff,**

v.                                         Case No. 10-20083-01-JWL
                                                10-20006-01-JWL

**Jeffrey Lichtenberger,**

      **Defendant.**

## MEMORANDUM AND ORDER

In 2010, defendant Jeffrey Lichtenberger entered a plea of guilty to conspiracy to distribute and possess with intent to distribute more than 50 grams of methamphetamine and 5 grams or more of cocaine base. The court terminated Mr. Lichtenberger's period of supervised release in 2022. Mr. Lichtenberger has now filed a pro se motion for relief from offender registration in his two criminal cases (docs. 69 and 57). Because the court lacks jurisdiction to resolve the motions, the motions are dismissed.

Mr. Lichtenberger has filed his motions using boilerplate "petition" forms that appear to have been created by the Kansas state courts for the purpose of petitioning for relief from offender registration under the pertinent Kansas statutes. The Kansas Offender Registration Act, K.S.A. § 22-4901 et seq., applies to "drug offenders," which includes those convicted of drug trafficking offenses in violation of K.S.A. § 21-5705(a)(1) or drug trafficking conspiracies in violation of K.S.A. § 21-5302. *See* K.S.A. § 22-4902(f). It also pertains to those convicted of a comparable

"out-of-state conviction." K.S.A. § 22-4902(f)(2). An "out-of-state" conviction includes one in federal court. K.S.A. § 22-4902(r).

The Kansas Offender Registration Act provides a process for "drug offenders" to be relieved of further registration obligations under K.S.A. § 22-4908. The individual must file a verified petition if they have registered for at least five years after all incarceration and supervision has concluded. *See* K.S.A. § 22-4908(a). For an individual like defendant who was not convicted in a State of Kansas court, the petition must be filed in the district court of the Kansas county where that person is currently required to register. *See* K.S.A. § 22-4908(d)(1). Mr. Lichtenberger's petitions indicate that he is currently required to register in Johnson County, Kansas. Thus, he must file his petition for relief (and the requisite docket fee) in the District Court of Johnson County, Kansas. This court lacks jurisdiction to grant the relief requested.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's petitions for relief from offender registration (doc. 69 in Case No. 10-20083-01 and doc. 57 in Case No. 10-20006-01) are dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2025, at Kansas City, Kansas.

                                              s/John W. Lungstrum
                                              John W. Lungstrum
                                              United States District Judge